**Dismiss and Opinion Filed April 13, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00075-CV

**MARTHA ANNE WOOLUM, Appellant**
**V.**
**MICHAEL W. AULT, DONALD AULT, AND STATE FARM INS.,**
**Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-94-06666**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

This appeal, challenging the trial court's March 22, 1996 judgment, was filed January 27, 2022. Because the appeal was filed more than fifteen years after the judgment was signed and appeared untimely, we questioned our jurisdiction over the appeal and directed appellant to file a letter brief addressing our concern. *See* TEX. R. APP. P. 26.1 (setting deadline for filing notice of appeal at twenty days from judgment in accelerated appeals; thirty or ninety days from judgment in regular appeals, depending on whether request for findings of fact and conclusions of law or motion for new trial or to modify or reinstate is timely filed; and, six months from

judgment in restricted appeals), 26.3 (allowing for fifteen day extension); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of a notice of appeal is jurisdictional). Although appellant filed a letter brief, nothing in her brief demonstrates we have jurisdiction. Accordingly, on the record before us, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

220075f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARTHA ANNE WOOLUM,
Appellant

No. 05-22-00075-CV     V.

MICHAEL W. AULT, DONALD
AULT, AND STATE FARM INS.,
Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-94-06666.
Opinion delivered by Justice Nowell,
Justices Myers and Osborne
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 13th day of April, 2022.